NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LARRY FIELDS,                      )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No. 2D18-3254
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
_____)

Opinion filed April 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Pasco
County; Mary M. Handsel, Judge.

Loren D. Rhoton of Loren Rhoton, P.A.,
Tampa, for Appellant.


 PER CURIAM.


          Affirmed.


LaROSE, C.J., and NORTHCUTT and SMITH, JJ., Concur.